■ In the Matter of TOMMY J. THOMAS, Appellant, v ASSESSORS OF THE TOWN OF HOPEWELL, Respondents. [619 NYS2d 982] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Henry, Jr., J. (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.— RPTL art 7.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.